IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 21-CR-561-002-GKF |
| ) | |
| MICHELLE CADMAN-SULLIVAN, ) | |
| ) | |
| Defendant. ) | |

**OPINION AND ORDER**

Before the Court is defendant's Corrected Motion to Modify Conditions of Release [Doc. 64]. Plaintiff opposes the motion [Doc. 65].

On June 17, 2022, Ms. Cadman-Sullivan pled guilty to violating 18 U.S.C. § 1349, Conspiracy to Commit Bank Fraud. Ms. Cadman-Sullivan conspired with her husband, William Mark Sullivan, to make false statements in Paycheck Protection Program (PPP) loan applications for the purpose of influencing financial institutions to fund PPP loans. As a result of the conspiracy, Ms. Cadman-Sullivan and her husband fraudulently obtained nearly three-quarters of a million dollars in PPP loans.

In October of 2023, United States District Judge Raul M. Arias-Marxuach sentenced Mr. Sullivan to thirty-six months imprisonment. The judge sentenced Ms. Cadman-Sullivan to twenty-four months imprisonment, but delayed her report date to June 3, 2026 so she can care for the couple's three minor children while Mr. Sullivan serves his sentence. Judge Arias-Marxuach also ordered the defendants to pay $743,776.98 in restitution, jointly and severally, to the Small Business Administration.

Ms. Cadman-Sullivan now asks the Court to return her passport so she can take her children on a Caribbean cruise, with a stop in the Bahamas.

In view of the significant amount of restitution Ms. Cadman-Sullivan owes the Small Business Administration due to her criminally fraudulent conduct, the court concludes that her financial resources are better expended on restitution rather than foreign travel.

WHEREFORE, defendant Michelle Cadman-Sullivan's Corrected Motion to Modify Conditions of Release [Doc. 64] is denied.

IT IS SO ORDERED this 10th day of June, 2024.

GREGORY K. FRIZZELL
UNITED STATES DISTRICT JUDGE